UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL REILLY,

                Plaintiff,

vs.                                     Case No. 2:05-cv-106-FtM-29SPC

STATE OF FLORIDA, Income and Assets,
Payment of Subsistence Costs Statute and
LEE COUNTY JAIL,

                Defendants.
_____/

**ORDER**

     This matter comes before the Court upon Plaintiff's "Objection" filed April 18, 2005 (Doc. #11). It is unclear whether Plaintiff intends the Objection to be a Motion for Reconsideration pursuant to Rule 59 of the Federal Rules of Civil Procedure, since it was timely filed within ten days of the Court's April 12, 2005 Order of Dismissal (Doc. #9). Alternatively, Plaintiff may intend the Objection to be a Notice of Appeal since he requests that the April 12, 2005 Order of Dismissal be "reversed and remanded." Plaintiff should be aware that the Prison Litigation and Reform Act of 1995 (April 26, 1996) requires the District Court to assess a $250.00 appellate filing fee. See 28 U.S.C. §1915 (as amended).

     To the extent Plaintiff intends the Objection to be a Motion for Reconsideration, Rule 59(e), Fed.R.Civ.P., affords the Court substantial discretion to reconsider an order which it has entered. See generally Mincey V. Head, 206 F.3d 1106, 1137 (11th Cir. 2000); Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994). There are three grounds that justify granting a Rule 59 motion: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3)

the need to correct clear error or prevent manifest injustice. See Kelley v. Singletary, 238 F.Supp.2d 1325 (S.D. Fla. 2002); Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc., 62 F.Supp.2d 1316, 1331 (M.D. Fla. 1999).

The Court dismissed Plaintiff's Complaint **without prejudice** pursuant to 28 U.S.C. §1915(e)(2) for failing to state a claim upon which relief could be granted. To the extent Plaintiff intends the Objection to be a Rule 59 Motion, the Court finds Plaintiff has failed to demonstrate grounds for reconsideration or modification of the Court's April 12, 2005 Order of Dismissal.

Accordingly, it is now

**ORDERED**:

**1.** Plaintiff's Objection (Doc. #11) construed as a Motion for Reconsideration Pursuant to Rule 59 is **DENIED.**

2. If Plaintiff intends the Objection to be a Notice of Appeal, Plaintiff shall advise the Court within **ELEVEN (11) DAYS** of the date of this Order, and submit a motion to proceed on appeal *in forma pauperis* or accompany the Notice of Appeal with the $255.00 filing fee.

**DONE AND ORDERED** in Fort Myers, Florida, on this   1st   day of June, 2005.

JOHN E. STEELE
United States District Judge

SA: hmk
Copies: All Parties of Record